# United States Bankruptcy Court

District of Columbia

In re  Common Sense Media  ,   Case No. 13-0129
Debtor

Chapter 7

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | NO | | $ 0.00 | | |
| B - Personal Property | YES | | $ 20,886.20 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | NO | | | $ 0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | NO | | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | | | $ 374,960.82 | |
| G - Executory Contracts and Unexpired Leases | NO | | | | |
| H - Codebtors | NO | | | | |
| I - Current Income of Individual Debtor(s) | NO | | | | $ 0.00 |
| J - Current Expenditures of Individual Debtors(s) | --- | | | | $ 0.00 |
| TOTAL | | | $ 20,886.20 | $ 374,960.82 | |

# United States Bankruptcy Court
District of Columbia

In re  Common Sense Media          ,                 Case No.  13-0129
                Debtor
                                                     Chapter  7

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| TOTAL | $ |

**State the following:**

| Average Income (from Schedule I, Line 16) | $ |
|---|---|
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | $ |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column. | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re  Common Sence Media                     ,          Case No.  13-0129
　　　　　　　　Debtor　　　　　　　　　　　　　　　　　　　　　　　　(If known)

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand. | | 20,669.98 | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | | | | |
| 6. Wearing apparel. | | | | |
| 7. Furs and jewelry. | | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | | | |
| 10. Annuities. Itemize and name each issuer. | | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | | | | |

In re  Common Sence Media ,    Case No.  13-0129
           Debtor                                                                                    (If known)

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | | | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | | | | |
| 16. Accounts receivable. | | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A – Real Property. | | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | | | |

In re  Common Sence Media                    ,           Case No.  13-0129
          Debtor                                                    (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | N O N E | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | | | |
| 26. Boats, motors, and accessories. | | | | |
| 27. Aircraft and accessories. | | | | |
| 28. Office equipment, furnishings, and supplies. | | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | | | |
| 30. Inventory. | | | | |
| 31. Animals. | | | | |
| 32. Crops - growing or harvested. Give particulars. | | | | |
| 33. Farming equipment and implements. | | | | |
| 34. Farm supplies, chemicals, and feed. | | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | | | |

_____continuation sheets attached    Total▶    $

(Include amounts from any continuation sheets attached. Report total also on Summary of Schedules.)

In re __Common Sense Media__,     Case No. __13-0129__
          Debtor                                   (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data..

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM $ |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. None<br><br>Adjuggler Inc.<br>5440 Cherokee Avenue<br>Suite 100<br>Alexandria, VA 22312 | None | Corporation | 04/23/12-01-02-13 | | X | | 1,160.91 |
| ACCOUNT NO. None<br><br>Alternet-Independent Media Institute<br>77 Federal Street<br>Top Floor<br>San Francisco, CA 94107 | None | Corporation | 04/17/12-01/23/13 | | X | | 10,060.83 |
| ACCOUNT NO. None<br><br>America Blog-John Aravosis<br>1701 Kalorama Road, NW<br>#404<br>Washington, DC 20009 | None | Corporation | 04/17/12-01/31/13 | | X | | 10,613.52 |
| ACCOUNT NO. None<br><br>Black Agenda Report-Bruce Dixon<br>130 Pemberton Avenue<br>Plainfield, NJ 07060 | None | Corporation | 04/23/12-01/31/13 | | X | | 3,451.03 |

Subtotal▶  $ 25,286.29

__10__ continuation sheets attached

Total▶  $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.)

In re  Common Sense Media                                    ,           Case No.  13-0129
                         Debtor                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>comScore, Inc.<br>11950 Democracy Drive<br>Suite 600<br>Reston, VA 20190 | None | Corporation | 04/01/12-12/20/12 | | X | | 50,900.00 |
| ACCOUNT NO.<br>Crooks and Liars<br>4066-1/2 Lyceum Avenue<br>Los Angeles, CA 90066 | None | Corporation | 04/17/12-01/31/13 | | X | | 28,406.46 |
| ACCOUNT NO.<br>DoubleVerify, Inc.<br>575 8th Avenue<br>7th Floor<br>New York, NY 10018 | None | Corporation | 01/13/13 | | X | | 511.22 |
| ACCOUNT NO.<br>Drudge Report<br>Intermarkets, Inc.-Accts Receivable<br>11911 Freedom Drive, Suite 1140<br>Reston, VA 20190 | None | Corporation | 10/24/12-12/31/12 | | X | | 4,680.00 |
| ACCOUNT NO.<br>Eclectablog-Christopher Savage<br>2367 Baker Road<br>Dexter, MI 48130 | None | Corporation | 07/31/12-01/31/13 | | X | | 2,061.94 |

Sheet no. 2 of 10 continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶ $ 86,559.62

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re **Common Sense Media**, Case No. **13-0129**
Debtor (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. Eschaton Blog-Duncan Black 1126 Carpenter Street Philadelphia, PA 19147 | None | Corporation | 04/17/12-01/31/13 | | X | | 15,951.43 |
| ACCOUNT NO. Fire Dog Lake 5185 MacArthur Blvd Suite 642 Washington, DC 20016 | None | Corporation | 04/16/12-01/31/13 | | X | | 76,955.02 |
| ACCOUNT NO. Feministing.com 3902 47th Street Sunnyside, NY 11104 | None | Corporation | 04/17/12-01/31/13 | | X | | 6,232.53 |
| ACCOUNT NO. Jane Hamsher 8033 Sunset Blvd Los Angeles, CA 90046 15 | None | Corporation | 11/20/12 | | X | | 8,925.00 |
| ACCOUNT NO. Jeff Cosgrove 129 Larkspur Lane Sheperdstown, WV 25443 | None | Corporation | 07/10/12-01/31/13 | | X | | 30,917.79 |

Sheet no. **3** of **10** continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ► $ 138,981.77

Total ► $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Common Sense Media__,    Case No. __13-0129__
                Debtor                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>LHP Corp<br>5230 Tuckerman Lane<br>Suite 100<br>North Bethesda, MD 20852 | None | Corporation | 04/11/12-01/31/13 | | X | | 57,410.13 |
| ACCOUNT NO.<br>National Review Online<br>215 Lexington Avenue<br>11th Floor<br>New York, NY 10016 | None | Corporation | 04/23/12-04/03/12 | | X | | 3,376.72 |
| ACCOUNT NO.<br>Raw Story Media, Inc.<br>PO Box 21050<br>Washington, DC 20009 | None | Corporation | 04/17/12-01/28/13 | | X | | 14,459.43 |
| ACCOUNT NO.<br>Red State Eagle Publishing, Inc.<br>One Massachusetts Avenue, NW<br>Washington, DC 20001 | None | Corporation | 04/17/12-11/20/12 | | X | | 1,150.25 |
| ACCOUNT NO.<br>Sandler, Reiff & Young, PC<br>1025 Vermont Avenue, NW<br>#300<br>Washington, DC 20005 | None | Corporation | 11/26/12-11/26/12 | | X | | 7,230.67 |

Sheet no. __4__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 83,627.2

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Common Sense Media__,  Case No. __13-0129__
    Debtor                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>TPM Media, LLC.<br>37 West 20th Street<br>Suite 702<br>New York, NY 10011 | None | Corporation | 09/30/12-12/31/12 | | X | | 3,379.04 |
| ACCOUNT NO.<br>Taylor Marsh, LLC.<br>8321 Cherry Valley Lane<br>Alexandria, VA 22309 | None | Corporation | 04/17/12-01/31/13 | | X | | 984.62 |
| ACCOUNT NO.<br>The New Republic<br>1400 K Street NW<br>STE 1200<br>Washington, DC 20005 | None | Corporation | 04/23/12-12/31/12 | | X | | 5,080.68 |
| ACCOUNT NO.<br>The Young Turks, LLC.<br>6363 Wilshire Boulevard<br>Suite 301<br>Los Angeles, CA 90048 | None | Corporation | 04/17/12-10/02/12 | | X | | 908.11 |
| ACCOUNT NO.<br>Towleroad-Broadblast Corporation<br>848 N Rainbow Boulevard<br>Las Vegas, NV 89107 | None | Corporation | 07/31/12-11/30/12 | | X | | 6,081.58 |

Sheet no. __5__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 16,434.03

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Common Sense Media_____,      Case No. __13-0129__
               Debtor                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Town Hall Salem Communications<br>402 BNA Drive<br>Suite 400<br>Nashville, TN 37217 | None | Corporation | 04/23/12-11/27/12 | | X | | 12,255.89 |
| ACCOUNT NO.<br>Daily Kos-Kos Media, LLC.<br>2930 Shattuck Ave<br>#206<br>Berkeley, CA 94705 | None | Corporation | 04/23/12-12/31/12 | | X | | 3,237.94 |
| ACCOUNT NO.<br>Blue Jersey<br>11 East Main Street<br>Flemington, NJ 08822 | None | Corporation | 04/30/12-01/31/13 | | X | | 1,577.23 |
| ACCOUNT NO.<br>Jack and Jill Politics-Cheryl Contee<br>147 Buckelew Street<br>Sausalito, CA 94965 | None | Corporation | 04/17/12-01/31/13 | | X | | 811.70 |
| ACCOUNT NO.<br>Power Line Blog-Joe Malchow<br>247 Holcombe Way<br>Lambert, NJ 08530 | None | Corporation | 04/17/12-10/31/12 | | X | | 796.94 |

Sheet no. __6__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims      Subtotal▶   $ 18,679.70

Total▶   $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Common Sense Media_____,                              Case No. __13-0129_____
                Debtor                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Burnt Orange Resport-Karl-Thomas Musselman <br> 1512A Pennsylvania Avenue <br> Austin, TX 78702 | None | Corporation | 04/23/12-02/04/13 | | X | | 697.71 |
| ACCOUNT NO. <br> MyDD.com <br> P. O. Box 7173 <br> Alexandria, VA 22307 | None | Corporation | 04/17/12-01/31/13 | | X | | 600.45 |
| ACCOUNT NO. <br> Red State/Human Events Eagle Publishing Inc. <br> 1 Massachusetts Ave, NW <br> Washington, DC 20001 | None | Corporation | 04/17/12-11/20/12 | | X | | 550.31 |
| ACCOUNT NO. <br> The Hill <br> 1625 K Street, NW <br> Suite 900 <br> Washington, DC 20006 | None | Corporation | 04/30/12-11/27/12 | | X | | 399.99 |
| ACCOUNT NO. <br> CQ-Roll Call, Inc. Attn: Cashiers Dept <br> 77 K Street, NE <br> Washington, DC 20002 | None | Corporation | 04/30/12-11/27/12 | | X | | 399.96 |

Sheet no. __7__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 2,648.42

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B 6F (Official Form 6F) (12/07) - Cont.

In re __Common Sense Media__,  Case No. __13-0129__
         Debtor                             (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>Volokh-Joe Malchow<br>247 Holcombe Way<br>Lambert, NJ 08530 | None | Corporation | 10/31/12-11/30/12 | | X | | 389.77 |
| ACCOUNT NO.<br>Pandagon Pandagon<br>545 Henry Street<br>Apt 2<br>Brooklyn, NY 11231 | None | Corporation | 04/17/12-01/31/13 | | X | | 363.61 |
| ACCOUNT NO.<br>The New Civil Rights-David Badash<br>520 W 43rd Street, #22D<br>New York, NY 10036 | None | Corporation | 04/30/12-11/30/12 | | X | | 333.27 |
| ACCOUNT NO.<br>Electronic Village-Wayne Hicks<br>4845 Bridge Lane<br>#8<br>Mason, OH 45040 | None | Corporation | 04/17/12-01/31/13 | | X | | 237.19 |
| ACCOUNT NO.<br>Seeing the Forest-Dave Johnson<br>422 6th Avenue<br>Menlo Park, CA 94025 | None | Corporation | 04/30/12-01/31/13 | | X | | 67.75 |

Sheet no. __8__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 1,391.59

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re **Common Sense Media**, Case No. **13-0129**
Debtor (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br>The Left Coaster-Steve Soto<br>5309 Callister Avenue<br>Sacramento, CA 95819 | None | Corporation | 04/23/12-01/31/13 | | X | | 15.53 |
| ACCOUNT NO.<br>Grit TV-Laura Flanders Limited<br>Hese Coue-Wilson<br>462 Broadway, Suite 530<br>New York, NY 10013 | None | Corporation | 04/30/12-01/31/13 | | X | | 10.24 |
| ACCOUNT NO.<br>Southern Studies c/o Chris Kromm<br>P.O. Box 531<br>Durham, NC 27702 | None | Corporation | 01/31/13 | | X | | 6.52 |
| ACCOUNT NO.<br>Five Thirty Eight-Fivethirtyeight.com<br>Nate Silver<br>43 Sidney Place, #2<br>Brooklyn, NY 11201 | None | Corporation | 01/31/13 | | X | | 5.79 |
| ACCOUNT NO.<br>Take Action News-Media Bureau, Inc.<br>707 Willow Grove Avenue<br>Glenside, PA 19038 | None | Corporation | 08/31/12-01/31/12 | | X | | 5.46 |

Sheet no. __9__ of __10__ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal▶ $ 43.54

Total▶ $
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

In re __Common Sense Media_____,                            Case No. __13-0129__
            Debtor                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> Get Energy Smart Now- Insight Through Analysis <br> 1458 Dewberry CT <br> Suite 100 <br> McLean, VA 22101 | None | Corporation | 04/30/12-01/31/13 | | X | | 3.36 |
| ACCOUNT NO. <br> Latina Lista-Treviño <br> TodaMedia, LLC. <br> 3001 Lafayette Drive <br> Rowlett, TX 75088 | None | Corporation | 04/30/12-01/31/13 | | X | | 1.51 |
| ACCOUNT NO. <br> Triple Pundit, LLC., c/o Nicholas Aster <br> 625 Scott, #306 <br> San Francisco, CA 94117 | None | Corporation | | | X | | 0.07 |
| ACCOUNT NO. <br> Media Mind <br> 450 Corporate Boulevard <br> Newark, DE 19702 | None | Corporation | 04/17/12-12/31/12 | | X | | 1,244.16 |
| ACCOUNT NO. <br> Malcom J. Harris | None | Corporation | 04/10/12-01/31/13 | | X | | 64.50 |

Sheet no. __10__ of __10__ continuation sheets attached
to Schedule of Creditors Holding Unsecured
Nonpriority Claims

Subtotal▶  $ 1,313.60

Total▶  $ 374,960.82
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)