UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:

    Common Sense Media, LLC.,           Case No. 13-00129
           Debtor.                               (Chapter 7)

### RESPONSE AND OPPOSITION TO MOTION FOR TURNOVER FROM DEBTOR

TO THE HONORABLE S. MARTIN TEEL, JR., BANKRUPTCY JUDGE:

Comes now Common Sense Media, LLC., through its attorney Warren E. Gorman responds and opposes the motion for turnover from debtor and as reasons therefore states as follows:

1. The trustee received permission from the Court to hire Arthur Lander, CPA serve as an accountant.

2. Mr. Lander has met with the representative of Common Sense Media, LLC., and its accountant in order to obtain information.

3. Common Sense Media, LLC., with the help of an accountant data that gave Mr. Lander information to complete his work.

4. Mr. Lander was not initially satisfied with the information that he received.

5. Common Sense Media, LLC., through its accountant spent additional time and effort to provide information and provided accounting services that should have been completed by Mr. Lander in order to satisfy the requirements. All necessary information has been provided.

6. Counsel has contacted the requesting party in order to determine whether or not the trustee is satisfied with the information turned over. Counsel has not received a response.

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Response and Opposition to Motion for Turnover from Debtor was mailed first class, postage paid, this 14th day of October, 2013 to:

Office of US Trustee
115 South Union Street
Suite 210
Plaza Level
Alexandria VA 22314

Jeffrey M. Sherman
Attorney for Trustee
DC Bar No. 348896
LERCH, EARLY & BREWER
3 Bethesda Metro Center
Suite 460
Bethesda MD 20814

Sean Patrick Roche, Esq.
CAMERON/McENVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, VA 22030

Bryan Ross
1800 K Street NW
Suite 624
Washington DC 20036

*/s/ Warren E. Gorman*
Warren E. Gorman

7. The trustee is pursuing a course that substantially diminishes the few funds that are available to creditors. The debtor has complied with its obligations under Section 521 and Section 542 of the Bankruptcy Code.

**WHEREFORE**, the debtor prays this Honorable Court will:

(a) deny this motion,

(b) deny the requests for passwords or other access keys of Common Sense Media, LLC.,

(c) grant other relief the Court deems fair and equitable.

Respectfully Submitted,

_____
Warren E. Gorman
5530 Wisconsin Avenue
Suite 1209
Chevy Chase, MD 20815
Telephone: (301) 654-5757
Facsimile: (301) 654-2245