UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

In re:                                    ]
                                          ]
COMMON SENSE MEDIA, LLC,                  ]    Case No. 13-129
                                          ]    (Chapter 7)
            Debtor.                       ]
                                          ]

### WITHDRAWAL (WITH CONSENT) OF MOTION FOR TURNOVER FROM DEBTOR

TO THE HONORABLE S. MARTIN TEEL, JR., BANKRUPTCY JUDGE:

COMES NOW Bryan S. Ross, Chapter 7 Trustee ("Trustee"), by and through his undersigned attorneys, and hereby withdraws, without prejudice, his prior-filed Motion for Turnover from Debtor.  The Trustee, by counsel, has conferred with counsel for the Debtor, who indicated by email message of this date that the Debtor does not object to the withdrawal of the Motion.

A hearing has been scheduled for April 15, 2014, on the Motion, which should be canceled in light of this withdrawal thereof.

Dated: April 14, 2014                    Respectfully submitted,


                                          /S/  Jeffrey M. Sherman
                                         Jeffrey M. Sherman, DC Bar No. 348896
                                         LAW OFFICES OF JEFFREY M. SHERMAN
                                         1600 N. Oak Street #1826
                                         Arlington, VA 22209
                                         (703) 855-7394
                                         jeffreymsherman@gmail.com
                                         Attorneys for the Trustee

1

**CERTIFICATE OF SERVICE**

       I hereby certify that a copy of the foregoing was served by first class mail, on April 14, 2014, upon the following:

Office of the United States Trustee
115 S. Union Street
Alexandria, VA  22314

Warren E. Gorman, Esq.
Warren E. Gorman, P.A.
5530 Wisconsin Ave, Suite 1209
Chevy Chase, MD 20815
wegorman@aol.com

Common Sense Media, LLC
5185 Macarthur Boulevard, #642
Washington, DC 20016

Sean Patrick Roche, Esq.
CAMERON/McENVOY, PLLC
11325 Random Hills Road, Suite 200
Fairfax, VA 22030

                                                   */S/ Jeffrey M Sherman*
                                                   Jeffrey M Sherman