UNITED STATES BANKRUPTCY COURT

COLUMBIA **DISTRICT OF** DIST OF COLUMBIA

| | |
|---|---|
| In re: § | |
| § | |
| COMMON SENSE MEDIA, LLC § | Case No. 13-00129 |
| § | |
| Debtor § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRYAN S. ROSS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 0.00<br>*(Without deducting any secured claims)* | Assets Exempt: 0.00 |
| Total Distributions to Claimants: 47,117.82 | Claims Discharged<br>Without Payment: 66,422.99 |
| Total Expenses of Administration: 134,313.34 | |

3) Total gross receipts of $ 181,431.16 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 181,431.16 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 134,313.34 | 134,313.34 | 134,313.34 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 38,970.15 | 17,756.02 | 17,756.02 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 105,959.97 | 95,784.79 | 29,361.80 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 279,243.46 | $ 247,854.15 | $ 181,431.16 |

4) This case was originally filed under chapter 7 on 03/05/2013 . The case was pending for 54 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/15/2017         By:/s/BRYAN S. ROSS
                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| CHECKING | 1129-000 | 8,674.25 |
| ADJUGGLER A/R | 1221-000 | 7,185.10 |
| Adjuggler Account Receivable | 1221-000 | 1,882.71 |
| ACCOUNTS RECEIVABLE | 1221-000 | 17,568.11 |
| Google Accounts Receivable | 1221-000 | 3,883.85 |
| CHECKING | 1229-000 | 4,810.63 |
| Ross v Washington Post Company LLC | 1241-000 | 26,000.00 |
| Ross v Politico LLC | 1241-000 | 33,500.00 |
| Ross v The Daily Caller | 1241-000 | 11,250.00 |
| Ross v Boggioni | 1241-000 | 1,000.00 |
| Other Litigation/Settlements | 1249-000 | 2,000.00 |
| Ross v Capitol HJill Publishing | 1249-000 | 10,000.00 |
| Ross v The Economist | 1249-000 | 2,758.18 |
| Ross v Boggioni | 1249-000 | 1,000.00 |

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Ross v Investing Channel | 1249-000 | 6,500.00 |
| Ross v National Journal Group | 1249-000 | 3,418.33 |
| Ross v National Review | 1249-000 | 7,500.00 |
| Ross v James Whelan Agency | 1249-000 | 7,500.00 |
| Ross v Washington Newspaper Publishing | 1249-000 | 5,000.00 |
| Ross vs Washington Times | 1249-000 | 20,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 181,431.16** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRYAN ROSS | 2100-000 | NA | 12,321.56 | 12,321.56 | 12,321.56 |
| BRYAN ROSS | 2200-000 | NA | 201.84 | 201.84 | 201.84 |
| INSURANCE PARTNERS AGENCY | 2300-000 | NA | 92.00 | 92.00 | 92.00 |
| UNION BANK | 2600-000 | NA | 213.35 | 213.35 | 213.35 |
| WASHINGTON FIRST BANK | 2600-000 | NA | 142.49 | 142.49 | 142.49 |
| WASHINGTON FIRST, JULY 3 BANK FEE | 2600-000 | NA | 42.54 | 42.54 | 42.54 |
| UNITED STATES BANKRUPTCY COURT | 2700-000 | NA | 293.00 | 293.00 | 293.00 |
| US BANKRUPTCY COURT | 2700-000 | NA | 5,600.00 | 5,600.00 | 5,600.00 |
| UNITED STATES TREASURY | 2810-000 | NA | 587.24 | 587.24 | 587.24 |
| JEFFREY M SHERMAN | 3210-000 | NA | 38,115.00 | 38,115.00 | 38,115.00 |
| JEFFREY M. SHERMAN | 3210-000 | NA | 56,340.00 | 56,340.00 | 56,340.00 |
| JEFFREY SHERMAN | 3210-000 | NA | 5,670.00 | 5,670.00 | 5,670.00 |
| LERCH EARLY & BREWER | 3210-000 | NA | 6,650.50 | 6,650.50 | 6,650.50 |
| LERCH EARLY & BREWER | 3220-000 | NA | 2,237.57 | 2,237.57 | 2,237.57 |
| ARTHUR LANDER CPA | 3410-000 | NA | 5,806.25 | 5,806.25 | 5,806.25 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 134,313.34 | $ 134,313.34 | $ 134,313.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | JEFF COSGROVE | 5300-000 | NA | 32,501.21 | 11,287.08 | 11,287.08 |
| 000001A | DEPARTMENT OF TREASURY | 5800-000 | NA | 6,468.94 | 6,468.94 | 6,468.94 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 38,970.15 | $ 17,756.02 | $ 17,756.02 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000002 | CAPITOL HILL PUBLISHING CORP (THE H | 7100-000 | NA | 399.99 | 399.99 | 140.97 |
| 000001B | DEPARTMENT OF THE TREASURY | 7100-000 | NA | 500.00 | 500.00 | 176.22 |
| 000008 | DUNCAN BLACK | 7100-000 | NA | 15,951.43 | 15,951.43 | 5,621.94 |
| 000004 | ECLECTABLOG | 7100-000 | NA | 2,061.94 | 2,061.94 | 726.71 |
| 000005 | INDEPENDENT MEDIA INSTITUTE | 7100-000 | NA | 10,060.83 | 10,060.83 | 3,545.85 |
| 000003A | JEFF COSGROVE | 7100-000 | NA | 32,501.25 | 22,326.07 | 7,868.63 |
| 000009 | JOHN ARAVOSIS | 7100-000 | NA | 10,613.52 | 10,613.52 | 3,740.64 |
| 000007 | RAW STORY MEDIA, INC. | 7100-000 | NA | 14,459.43 | 14,459.43 | 5,096.10 |
| 000006 | THE NEW REPUBLIC | 7100-000 | NA | 6,936.58 | 6,936.58 | 2,444.74 |
| 000010A | CROOKS AND LIARS | 7200-000 | NA | 12,475.00 | 12,475.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 105,959.97 | $ 95,784.79 | $ 29,361.80 |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 13-00129 | SMT | Judge: S. MARTIN TEEL | Trustee Name: | BRYAN S. ROSS |
| Case Name: | COMMON SENSE MEDIA, LLC | | | Date Filed (f) or Converted (c): | 03/05/13 (f) |
| | | | | 341(a) Meeting Date: | 04/11/13 |
| For Period Ending: | 08/10/17 | | | Claims Bar Date: | 06/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CHECKING | 20,669.98 | 10,000.00 | | 8,674.25 | FA |
| Monies turned over. Fully administered. | | | | | |
| 2. OFFICE EQUIPMENT (u) | 0.00 | 5,000.00 | | 0.00 | FA |
| Debtor had minimal if any office equipment to be liquidated. Owned by the employees. | | | | | |
| 3. ADJUGGLER A/R (u) | 0.00 | 7,185.10 | | 7,185.10 | FA |
| ACCOUNT RECEIVABLE COOLECTED AND FULLY ADMINISTRATED. | | | | | |
| 4. CHECKING (u) | 0.00 | 4,810.63 | | 4,810.63 | FA |
| SUPPLEMENTAL MONIES FROM SUNTRUST CHECKING ACCOUNT. NOW FULLY ADMINISTRATED | | | | | |
| 5. Adjuggler Account Receivable (u) | 0.00 | 1,882.71 | | 1,882.71 | FA |
| ACCOUNT RECEIVABLE COLLECTED AND FULLY ADMINISTRATED. | | | | | |
| 6. ACCOUNTS RECEIVABLE (u) | 0.00 | 17,568.11 | | 17,568.11 | FA |
| Centro Media Account Receivable collected and fully administrated. | | | | | |
| 7. Google Accounts Receivable (u) | 0.00 | 3,800.00 | | 3,883.85 | FA |
| Account receivable collected and fully administrated. | | | | | |
| 8. Ross v Hamsher (u) | 0.00 | 50,000.00 | | 0.00 | FA |
| Adv. 14-10010. 6-28-16 Trustee's atty in contact with defendant re settlement. 10-11-16 Attorney to see if defendant will accept $2,000.00 offer. Adversary dismised January 2017 | | | | | |
| 9. Ross v Washington Post Company LLC (u) | 0.00 | 77,000.00 | | 26,000.00 | FA |
| Adv 16-10004. Settled for $26,000.00 | | | | | |
| 10. Ross v Politico LLC (u) | 0.00 | 84,000.00 | | 33,500.00 | FA |
| 16-10005. Case settled for $33,500.00 | | | | | |

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 2

Exhibit 8

| Case No: | 13-00129 | SMT | Judge: S. MARTIN TEEL |
|---|---|---|---|
| Case Name: | COMMON SENSE MEDIA, LLC | | |

| Trustee Name: | BRYAN S. ROSS |
|---|---|
| Date Filed (f) or Converted (c): | 03/05/13 (f) |
| 341(a) Meeting Date: | 04/11/13 |
| Claims Bar Date: | 06/19/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 11. Ross v The Daily Caller (u) | 0.00 | 29,000.00 | | 11,250.00 | FA |
| Adv. 16-100006. Case settled for $11,250.00 | | | | | |
| 12. Ross v Capitol HJill Publishing (u) | 0.00 | 34,000.00 | | 10,000.00 | FA |
| Adv. # 16-10007. Settled for $10,000.00 | | | | | |
| 13. Ross v The Economist (u) | 0.00 | 6,000.00 | | 2,758.18 | FA |
| Adv. 16-10013 Settlement discussions pending. Status Hearing to be held on 8/17/2016 Case settled 7-11-16 awariting check | | | | | |
| 14. Ross v Salem Communications (u) | 0.00 | 15,000.00 | | 0.00 | FA |
| Adv 16-10014  Status Hearing to be held on 8/17/2016 at 10:30 AM 8/12/16 Trustee's attonrey to amend complaint to name Human Events Publising LLC as defendant. Case dismissed | | | | | |
| 15. Ross v Boggioni (u) | 0.00 | 10,000.00 | | 2,000.00 | FA |
| Adv 16-10015. Debtor in chapter 13. Settles for $2,000.00 | | | | | |
| 16. Ross v Investing Channel (u) | 0.00 | 21,000.00 | | 6,500.00 | FA |
| Adv 16-10016 Settlement discussions pending. Status Hearing to be held on 7/6/2016 at 10:30 AM 8-5-16 case settled for $6500.00. Jeff Sherman to do 9019 motion and order | | | | | |
| 17. Ross v Kos Media (u) | 0.00 | 10,000.00 | | 0.00 | FA |
| Adv 16-10017 Settlement discussions pending. Status Hearing to be held on 8/17/2016 at 10:30 AM. Default judgment entered September 2016. Judgement sold for $2,000.00 | | | | | |
| 18. Ross v National Journal Group (u) | 0.00 | 6,000.00 | | 3,418.33 | FA |
| Adv 16-10018  Motion to dismiss filed, denied 6/27/16. Future status hearing to be set. 9019 motion to settle case filed 6/29/16.  7-26-16 Settlment agreement signed for $3418.33 | | | | | |

LFORM1

Ver: 20.00d

**UST Form 101-7-TDR (10/1/2010)** *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No:  13-00129    SMT    Judge: S. MARTIN TEEL    Trustee Name: BRYAN S. ROSS
Case Name: COMMON SENSE MEDIA, LLC    Date Filed (f) or Converted (c): 03/05/13 (f)
341(a) Meeting Date: 04/11/13
Claims Bar Date: 06/19/13

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 19. Ross v National Review (u) | 0.00 | 15,000.00 | | 7,500.00 | FA |
| Adv 16-10019 Status Hearing to be held on 8/17/2016 at 10:30 AM. Case settled 9019 motion filed October 27, 2016for $7500.00. Order approvingt 9019 motion entered 11/29/16 | | | | | |
| 20. Ross v James Whelan Agency (u) | 0.00 | 15,000.00 | | 7,500.00 | FA |
| Adv 16-10020. Case settled for $7,500.00 | | | | | |
| 21. Ross v Washington Newspaper Publishing (u) | 0.00 | 13,000.00 | | 5,000.00 | FA |
| Adv 16-10021. 9019 motion settled for $5,000.00 | | | | | |
| 22. Ross v Salem Media (u) | 0.00 | 71,000.00 | | 0.00 | FA |
| Adversary filed 16-10028 Summons Issued on Salem Media Group, Inc. Number of Summons Issued: 1. Answer due by: 7/25/2016. 8/12/16 email from defendant indicated that the proper defendants should be Air Hot, Inc. and Salem Web Network LLC. Trustee's attorney to filed amended complaint. Dismissed September 2016 | | | | | |
| 23. Ross v Salem Communications (u) | 0.00 | 21,000.00 | | 0.00 | FA |
| Adversary filed 16-10029 Summons Issued on Salem Communications Company. Number of Summons Issued: 1. Answer due by: 7/25/2016. 8/12/16 Trustee's attorney to add Caron Broadcasting Inc and Eagle Financial Publications Inc. as an additonal defendant. Case dismissed. | | | | | |
| 24. Ross vs Washington Times (u) | 0.00 | 53,000.00 | | 20,000.00 | FA |
| Adversary Action16-10030 Summons Issued on The Washington Times LLC. Number of Summons Issued: 1. Answer due by: 7/25/2016. 8-1-16 Case settled for $20,000.00, Jeff Sherman to file 9019 motion | | | | | |

Gross Value of Remaining Assets
TOTALS (Excluding Unknown Values)    $20,669.98    $580,246.55        $179,431.16    $0.00
(Total Dollar Amount in Column 6)

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 4

Exhibit 8

| | | |
|---|---|---|
| Case No: | 13-00129    SMT    Judge: S. MARTIN TEEL | Trustee Name: BRYAN S. ROSS |
| Case Name: | COMMON SENSE MEDIA, LLC | Date Filed (f) or Converted (c): 03/05/13 (f) |
| | | 341(a) Meeting Date: 04/11/13 |
| | | Claims Bar Date: 06/19/13 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Adversary action filed by Trustee against principal of debtor Jane Hamshere. Litigation still in the discovery phase.

Adversary 14-10010

4/9/14  Trustee to file motion to approve interim distribution to creditors

3-19-14  Trustee's counsel to discuss selling cause of action to former partner of debtor.

1/15/14  Trustee is contemplating filing an adversary action agains the principal of Common Sense Media for potentially diverting business to one of her other companies.

12/1/13 Trustee has retained accountant to due forensic accounting to determine whether the debtor made a fraudulent transfer to an affiliated payroll company.  Should make a determination by August 2013.

4/5/17 TFR approved by UST, notice sent

Initial Projected Date of Final Report (TFR): 12/30/13        Current Projected Date of Final Report (TFR): 12/30/16

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-00129 -SMT | Trustee Name: | BRYAN S. ROSS |
| --- | --- | --- | --- |
| Case Name: | COMMON SENSE MEDIA, LLC | Bank Name: | WASHINGTON FIRST BANK |
| | | Account Number / CD #: | *******1142 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******5378 | | |
| For Period Ending: | 08/10/17 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/21/13 | 1 | debtor | Close bank account | 1129-000 | 8,674.25 | | 8,674.25 |
| 04/02/13 | 3 | Adjuggler, Inc. | | 1221-000 | 7,185.10 | | 15,859.35 |
| | | 5440 Cherokee Avenue | | | | | |
| | | Suite 100 | | | | | |
| | | Alexandria, VA 22312 | | | | | |
| 04/02/13 | 4 | COMMONS SENSE MEDIA | | 1229-000 | 4,810.63 | | 20,669.98 |
| 04/24/13 | 5 | Adjuggler Inc. | | 1221-000 | 1,882.71 | | 22,552.69 |
| 05/23/13 | 6 | Centro Media Inc. | | 1221-000 | 17,568.11 | | 40,120.80 |
| 06/05/13 | | WASHINGTON FIRST BANK | BANK SERVICE FEE | 2600-000 | | 29.34 | 40,091.46 |
| 07/03/13 | | Washington First, July 3 bank fee | | 2600-000 | | 42.54 | 40,048.92 |
| 07/09/13 | | WASHINGTON FIRST BANK ON 5/6/13 | BANK SERVICE FEE | 2600-000 | | 21.28 | 40,027.64 |
| 07/17/13 | 7 | Google | account receivable | 1221-000 | 0.86 | | 40,028.50 |
| | | | Wire transfer 7/5/13 | | | | |
| 07/17/13 | 7 | Google | account receivable | 1221-000 | 3,882.99 | | 43,911.49 |
| | | | Wire cleared 7/1/113 | | | | |
| 08/06/13 | | WASHINGTON FIRST BANK | BANK SERVICE FEE | 2600-000 | | 45.29 | 43,866.20 |
| 09/06/13 | | WASHINGTON FIRST BANK | BANK SERVICE FEE | 2600-000 | | 46.58 | 43,819.62 |
| 10/03/13 | | Trsf To UNION BANK | FINAL TRANSFER | 9999-000 | | 43,819.62 | 0.00 |

Page Subtotals   44,004.65   44,004.65

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010)  (Page: 12)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| | |
|---|---|
| Case No: | 13-00129 -SMT |
| Case Name: | COMMON SENSE MEDIA, LLC |
| Taxpayer ID No: | *******5378 |
| For Period Ending: | 08/10/17 |

| | |
|---|---|
| Trustee Name: | BRYAN S. ROSS |
| Bank Name: | WASHINGTON FIRST BANK |
| Account Number / CD #: | *******1142 Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 3,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 44,004.65 | 44,004.65 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 43,819.62 | |
| | | | Subtotal | | 44,004.65 | 185.03 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 44,004.65 | 185.03 | |

Page Subtotals     0.00    0.00

Ver: 20.00d

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 13)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-00129 -SMT | Trustee Name: | BRYAN S. ROSS |
|---|---|---|---|
| Case Name: | COMMON SENSE MEDIA, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******8077  Checking Account |
| Taxpayer ID No: | *******5378 | | |
| For Period Ending: | 08/10/17 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/03/13 | | Trsf In From WASHINGTON FIRST BANK | INITIAL WIRE TRANSFER IN | 9999-000 | 43,819.62 | | 43,819.62 |
| 10/07/13 | | Transfer to Acct #*******3860 | Bank Funds Transfer | 9999-000 | | 43,819.62 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 43,819.62 | 43,819.62 | 0.00 |
| Less: Bank Transfers/CD's | 43,819.62 | 43,819.62 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals        43,819.62        43,819.62

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 14)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 4

Exhibit 9

| Case No: | 13-00129 -SMT | Trustee Name: | BRYAN S. ROSS |
|---|---|---|---|
| Case Name: | COMMON SENSE MEDIA, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3860  Checking Account |
| Taxpayer ID No: | *******5378 | | |
| For Period Ending: | 08/10/17 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/07/13 | | Transfer from Acct #*******8077 | Bank Funds Transfer | 9999-000 | 43,819.62 | | 43,819.62 |
| 10/08/13 | 005001 | Jeffrey Sherman | ATTORNEY FEES | 3210-000 | | 5,670.00 | 38,149.62 |
| | | | docket entry 66 | | | | |
| 10/24/13 | 005002 | Lerch Early & Brewer | ATTORNEY FEES | 3210-000 | | 6,650.50 | 31,499.12 |
| | | | Court Order de# 71 | | | | |
| 10/24/13 | 005003 | Lerch Early & Brewer | de# 71 | 3220-000 | | 2,237.57 | 29,261.55 |
| 11/25/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 45.42 | 29,216.13 |
| 12/26/13 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 42.07 | 29,174.06 |
| 01/27/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 43.41 | 29,130.65 |
| 02/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 43.35 | 29,087.30 |
| 03/17/14 | 005004 | Insurance Partners Agency | Bond | 2300-000 | | 92.00 | 28,995.30 |
| 03/25/14 | | UNION BANK | BANK SERVICE FEE | 2600-000 | | 39.10 | 28,956.20 |
| 04/04/14 | 005005 | United States Bankruptcy Court | filing fee | 2700-000 | | 293.00 | 28,663.20 |
| | | | Adversary | | | | |
| 04/28/14 | 005006 | Jeffrey M Sherman | ATTORNEY FEES | 3210-000 | | 10,198.41 | 18,464.79 |
| | | 1600 North Oak Street | DE #86 | | | | |
| | | #1826 | | | | | |
| | | Arlington, VA 22209 | | | | | |
| 04/28/14 | 005007 | Arthur Lander CPA | Accounting Fees | 3410-000 | | 1,887.50 | 16,577.29 |
| | | | DE #85 | | | | |
| 05/22/14 | 005008 | Bryan Ross | Trustee commission | 2100-000 | | 5,150.47 | 11,426.82 |
| | | | DE#96 | | | | |
| 05/22/14 | 005009 | Bryan Ross | Trustee Expenses | 2200-000 | | 139.74 | 11,287.08 |
| | | | DE#96 | | | | |
| 05/22/14 | 005010 | Jeff Cosgrove | Prioirity claim | 5300-000 | | 11,287.08 | 0.00 |
| | | 129 Larkspur Lane | DE#96 | | | | |
| | | Sheperdstown, WV 25443 | | | | | |
| 04/28/16 | 9 | Washington Post Media | Settlement of Adversary Proceeding | 1241-000 | 26,000.00 | | 26,000.00 |

Page Subtotals     69,819.62     43,819.62

Ver: 20.00d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 13-00129 -SMT | | Trustee Name: | BRYAN S. ROSS |
| Case Name: | COMMON SENSE MEDIA, LLC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******3860  Checking Account |
| Taxpayer ID No: | *******5378 | | | |
| For Period Ending: | 08/10/17 | | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 04/28/16 | 11 | The Daily Caller Inc. | Settlement of Adversary Proceeding | 1241-000 | 11,250.00 | | 37,250.00 |
| 04/28/16 | 10 | Politico | Settlement of Adversary Proceeding | 1241-000 | 33,500.00 | | 70,750.00 |
| 05/03/16 | 15 | Tom Boggioni | 9019 motion | 1241-000 | 1,000.00 | | 71,750.00 |
| 05/09/16 | 005011 | Jeffrey M. Sherman<br>1600 N. Oak Street #1826<br>Arlington, VA 22209 | ATTORNEY FEES<br>DE #114<br>DE 114 | 3210-000 | | 47,700.00 | 24,050.00 |
| 05/09/16 | 005012 | Jeffrey M Sherman<br>1600 North Oak Street<br>#1826<br>Arlington, VA 22209 | ATTORNEY FEES<br>DE # 78<br>Final payment on Order approving fees | 3210-000 | | 3,931.59 | 20,118.41 |
| 06/06/16 | 15 | Tom Boggioni | 9019 motion | 1249-000 | 1,000.00 | | 21,118.41 |
| 06/06/16 | 20 | James Whelan Agency LLC | 9019 motion | 1249-000 | 7,500.00 | | 28,618.41 |
| 06/16/16 | 12 | Capitol Hill Publishing Corp | 9019 motion | 1249-000 | 10,000.00 | | 38,618.41 |
| 06/29/16 | 005013 | United States Treasury | 2015 Taxdes | 2810-000 | | 587.24 | 38,031.17 |
| 07/16/16 | 21 | The Washington Newspaper Publishing Co. | | 1249-000 | 5,000.00 | | 43,031.17 |
| 07/16/16 | 13 | The Economist Newspaper | | 1249-000 | 2,758.18 | | 45,789.35 |
| 08/10/16 | 005014 | Jeffrey M Sherman | ATTORNEY FEES<br>Docket entry 160, 8/3/16 | 3210-000 | | 20,520.00 | 25,269.35 |
| 08/15/16 | 18 | National Journal Group | 9019 settlement | 1249-000 | 3,418.33 | | 28,687.68 |
| 08/30/16 | 16 | Investing Channel Inc. | 9019 settlement | 1249-000 | 6,500.00 | | 35,187.68 |
| 09/20/16 | 24 | The Washington Times LLC | | 1249-000 | 20,000.00 | | 55,187.68 |
| 11/30/16 | 005015 | Jeffrey M. Sherman | ATTORNEY FEES<br>de #174 entered 11/29/16 | 3210-000 | | 8,640.00 | 46,547.68 |
| 12/06/16 | 19 | National Review Inc. | 9019 settlement | 1249-000 | 7,500.00 | | 54,047.68 |
| 12/29/16 | 005016 | Arthur Lander CPA | Accounting Fees<br>Court Order 12/27/16, docket entry 176 | 3410-000 | | 3,918.75 | 50,128.93 |
| * 02/06/17 | 17 | Law Office of Gary Silversmith | Sale of judgment | 1249-003 | 2,000.00 | | 52,128.93 |
| * 02/27/17 | 17 | Law Office of Gary Silversmith | Sale of judgment<br>check returned nsf | 1249-003 | -2,000.00 | | 50,128.93 |

Page Subtotals    109,426.51    85,297.58

Ver: 20.00d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 6

Exhibit 9

| Case No: | 13-00129 -SMT | Trustee Name: | BRYAN S. ROSS |
|---|---|---|---|
| Case Name: | COMMON SENSE MEDIA, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3860 Checking Account |
| Taxpayer ID No: | *******5378 | | |
| For Period Ending: | 08/10/17 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/28/17 | | Law office of Gary Silversmith | sale of judgment | 1249-000 | 2,000.00 | | 52,128.93 |
| 03/09/17 | 005017 | Jeffrey M Sherman<br>1600 North Oak Street<br>Apt. 1826<br>Arlington, VA 22209 | ATTORNEY FEES<br>Order 3/8/17 de# 185 | 3210-000 | | 3,465.00 | 48,663.93 |
| 05/03/17 | 005018 | BRYAN ROSS<br>1825 K Street NW<br>Suite 1475<br>Washington DC, 20006 | Chapter 7 Compensation/Fees | 2100-000 | | 7,171.09 | 41,492.84 |
| 05/03/17 | 005019 | BRYAN ROSS<br>1825 K Street NW<br>Suite 1475<br>Washington DC, 20006 | Chapter 7 Expenses | 2200-000 | | 62.10 | 41,430.74 |
| 05/03/17 | 005020 | US Bankruptcy Court | Claim 0000016, Payment 100.00000%<br>Filing Fees | 2700-000 | | 1,400.00 | 40,030.74 |
| 05/03/17 | 005021 | US Bankruptcy Court<br>333 Constitution Ave. NW<br>Room 1225<br>Washington, DC 20001 | Claim 0000017, Payment 100.00000%<br>Court Costs | 2700-000 | | 3,150.00 | 36,880.74 |
| 05/03/17 | 005022 | US Bankruptcy Court | Claim 0000018, Payment 100.00000%<br>Court Costs | 2700-000 | | 1,050.00 | 35,830.74 |
| 05/03/17 | 005023 | Department of Treasury<br>Internal Revenue Service<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 | Claim 000001A, Payment 100.00000% | 5800-000 | | 6,468.94 | 29,361.80 |
| 05/03/17 | 005024 | Department of the Treasury | Claim 000001B, Payment 35.24400% | 7100-000 | | 176.22 | 29,185.58 |
| 05/03/17 | 005025 | Capitol Hill Publishing Corp (The Hill)<br>Sheila Casey, COO<br>1625 K St NW | Claim 000002, Payment 35.24338% | 7100-000 | | 140.97 | 29,044.61 |

Page Subtotals    2,000.00    23,084.32

Ver: 20.00d

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 7

Exhibit 9

| Case No: | 13-00129 -SMT | Trustee Name: | BRYAN S. ROSS |
| Case Name: | COMMON SENSE MEDIA, LLC | Bank Name: | UNION BANK |
| | | Account Number / CD #: | *******3860  Checking Account |
| Taxpayer ID No: | *******5378 | | |
| For Period Ending: | 08/10/17 | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Ste 900 | | | | | |
| | | Washington, DC 20006 | | | | | |
| 05/03/17 | 005026 | Jeff Cosgrove | Claim 000003A, Payment 35.24413% | 7100-000 | | 7,868.63 | 21,175.98 |
| | | 3308 Countryside Court | | | | | |
| | | Middletown, MD  21769 | | | | | |
| 05/03/17 | 005027 | Eclectablog | Claim 000004, Payment 35.24399% | 7100-000 | | 726.71 | 20,449.27 |
| | | c/o Chris Savage | | | | | |
| | | 2367 Baker Road | | | | | |
| | | Dexter, MI 48130-1556 | | | | | |
| 05/03/17 | 005028 | Independent Media Institute | Claim 000005, Payment 35.24411% | 7100-000 | | 3,545.85 | 16,903.42 |
| | | dba AlterNet | | | | | |
| | | 1881 Harmon Street | | | | | |
| | | Berkeley, CA 94703 | | | | | |
| * 05/03/17 | 005029 | The New Republic | Claim 000006, Payment 35.24417% | 7100-003 | | 2,444.74 | 14,458.68 |
| | | 60 Madison Ave | | | | | |
| | | Suite 1001 | | | | | |
| | | New York, NY 10010 | | | | | |
| 05/03/17 | 005030 | Raw Story Media, Inc. | Claim 000007, Payment 35.24413% | 7100-000 | | 5,096.10 | 9,362.58 |
| | | PO Box 21050 | | | | | |
| | | Washington, DC 20009 | | | | | |
| 05/03/17 | 005031 | Duncan Black | Claim 000008, Payment 35.24411% | 7100-000 | | 5,621.94 | 3,740.64 |
| | | 1126 Carpenter St. | | | | | |
| | | Philadelphia, PA 19147 | | | | | |
| 05/03/17 | 005032 | John Aravosis | Claim 000009, Payment 35.24410% | 7100-000 | | 3,740.64 | 0.00 |
| | | 1701 Kalorama Road, NW | | | | | |
| | | #404 | | | | | |
| | | Washington, DC 20009 | | | | | |
| * 06/13/17 | 005029 | The New Republic | Claim 000006, Payment 35.24417% | 7100-003 | | -2,444.74 | 2,444.74 |
| | | 60 Madison Ave | | | | | |
| | | Suite 1001 | | | | | |

Page Subtotals     0.00     26,599.87

Ver: 20.00d

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 8
Exhibit 9

| Case No: | 13-00129 -SMT | | Trustee Name: | BRYAN S. ROSS |
| Case Name: | COMMON SENSE MEDIA, LLC | | Bank Name: | UNION BANK |
| | | | Account Number / CD #: | *******3860  Checking Account |
| Taxpayer ID No: | *******5378 | | | |
| For Period Ending: | 08/10/17 | | Blanket Bond (per case limit): | $ 3,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/13/17 | 005033 | New York, NY 10010<br>The New Republic<br>60 Madison Ave<br>Suite 1001<br>New York, NY 10010 | Replacement check<br>replaced check 5029 | 7100-000 | | 2,444.74 | 0.00 |

|  |  | COLUMN TOTALS | 181,246.13 | 181,246.13 | 0.00 |
|---|---|---|---|---|---|
|  | Less: | Bank Transfers/CD's | 43,819.62 | 0.00 | |
|  |  | Subtotal | 137,426.51 | 181,246.13 | |
|  | Less: | Payments to Debtors | | 0.00 | |
|  |  | Net | 137,426.51 | 181,246.13 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account (Non-Interest Earn - ********1142 | 44,004.65 | 185.03 | 0.00 |
| Checking Account - ********8077 | 0.00 | 0.00 | 0.00 |
| Checking Account - ********3860 | 137,426.51 | 181,246.13 | 0.00 |
| | ------------------ | ------------------ | ------------------ |
| | 181,431.16 | 181,431.16 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals    0.00    2,444.74

Ver: 20.00d